UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RANDALL WAYNE GRIMES, | ) | CASE NO. CV 10-6673-PA (PJW) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| WARDEN, T. VIRGA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 12, 2010 .

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\GRIMES Judgment.wpd